**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL TUA PAO PAO,<br>Plaintiff,<br>v.<br>WARDEN,<br>Defendant. | Case No. 5:26-cv-01203-KK-CTS<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: November 4, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE